AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hicks, Jr., S. Maurice | U.S. District Co., Western La. | 09/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
300 Fannin St. , Suite 5101
Shreveport, LA 71101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | ▒▒▒▒▒▒▒▒▒▒ |
| 2. | Board of Directors Member | ▒▒▒▒▒▒▒▒ (501(c) (3) organization) |
| 3. | Advisory Board Member | ▒▒▒▒▒▒▒▒▒▒▒▒ (501(c)(3) organization) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | ▇▇▇▇▇▇▇ - Teaching | $2,500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Paralegal services - self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Supreme Court Committee on Bar Admissions, State of Louisiana | 01/10/2013-01/13/2013 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 2. | Supreme Court Committee on Bar Admissions, State of Louisiana | 02/28/2013-03/01/2013 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 3. | Federal Court | 04/19/2013-04/19/2013 | Alexandria, LA | Court governance or administrative/managerial meetings | Transportation, meals, lodging |
| 4. | Supreme Court Committee on Bar Admissions, State of Louisiana | 04/23/2013-04/24/2013 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | Federal Judicial Court/ Administrative Office of the United States Courts | 05/05/2013-05/08/2013 | Fort Worth, TX | Circuit judicial conference | Transportation, meals, lodging |
| 6. | Supreme Court Committee on Bar Admissions, State of Louisiana | 05/20/2013-05/23/2013 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 7. | Supreme Court Committee on Bar Admissions, State of Louisiana | 06/13/2013-06/16/2013 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 8. | Federal Judicial Court/ Administrative Office of the United States Courts | 07/09/2013-07/12/2013 | Omaha, NE | FJC educational seminar or program | Transportation, meals, lodging |
| 9. | Supreme Court Committee on Bar Admissions, State of Louisiana | 10/23/2013-10/26/2013 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 10. | Supreme Court Committee on Bar Admissions, State of Louisiana | 11/18/2013-11/19/2013 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 11. | Supreme Court Committee on Bar Admissions, State of Louisiana | 12/02/2013-12/03/2013 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 12. | Open World Leadership Program | 12/05/2013-12/07/2013 | Washington, D.C. | Activity of professional association or civic organization | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Midland Mortgage | Mortgage - Rental Property #1, | L |
| 2. | Capital One Bank | Consumer Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Accounts | D | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Account | | None | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. Account | | None | J | T | | | | | |
| 4. Timber Land, ▮▮▮▮▮ - 1/1/96, $30,000 | A | Rent | K | R | | | | | |
| 5. Left intentionally blank | | None | | | | | | | |
| 6. Rental Property #1, ▮▮▮▮ - 07/03/01, $82,297 | A | Rent | L | R | | | | | |
| 7. Left intentionally blank | | None | | | | | | | |
| 8. Left intentionally blank | | None | | | | | | | |
| 9. IRA # 1 Raymond James Bank Deposit Program | A | Interest | K | T | | | | | |
| 10. Left intentionally blank | | None | | | | | | | |
| 11. Left intentionally blank | | None | | | | | | | |
| 12. Barksdale Federal Credit Union | A | Interest | J | T | | | | | |
| 13. Red River Syndicate LP | C | Int./Div. | K | U | | | | | |
| 14. Left intentionally blank | | None | | | | | | | |
| 15. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 16. Left Intentionally blank | | None | | | | | | | |
| 17. Left intentionally blank | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Left intentionally blank | | None | | | | | | | |
| 19. Left intentionally blank | | None | | | | | | | |
| 20. Left intentionally blank | | None | | | | | | | |
| 21. Left intentionally blank | | None | | | | | | | |
| 22. Left intentionally blank | | None | | | | | | | |
| 23. Left intentionally blank | | None | | | | | | | |
| 24. IRA #1 Entrada Networks | | None | | | Sold | 06/07/13 | J | A | |
| 25. IRA #1 Globalnet | | None | J | T | | | | | |
| 26. Left intentionally blank | | None | | | | | | | |
| 27. Left intentionally blank | | None | | | | | | | |
| 28. Left intentionally blank | | None | | | | | | | |
| 29. Left intentionally blank | | None | | | | | | | |
| 30. Left intentionall blank | | None | | | | | | | |
| 31. Left intentionally blank | | None | | | | | | | |
| 32. Left intentionally blank | | None | | | | | | | |
| 33. Giant Studios | | None | J | T | | | | | |
| 34. IRA #2 Raymond James Bank Deposit Program | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Left intentionally blank | None | | | | | | | | |
| 36.  Left intentionally blank | None | | | | | | | | |
| 37.  Left intentionally blank | None | | | | | | | | |
| 38.  Left intentionally blank | None | | | | | | | | |
| 39.  Left intentionally blank | None | | | | | | | | |
| 40.  Left intentionally blank | None | | | | | | | | |
| 41.  Left intentionally blank | None | | | | | | | | |
| 42.  Left intentionally blank | None | | | | | | | | |
| 43.  Left intentionally blank | None | | | | | | | | |
| 44.  Left intentionally blank | None | | | | | | | | |
| 45.  Left intentionally blank | None | | | | | | | | |
| 46.  Left intentionally blank | None | | | | | | | | |
| 47.  Left intentionally blank | None | | | | | | | | |
| 48.  Left intentionally blank | None | | | | | | | | |
| 49.  Left intentionally blank | None | | | | | | | | |
| 50.  Left intentionally blank | None | | | | | | | | |
| 51.  Left intentionally blank | None | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Left intentionally blank | None | | | | | | | | |
| 53. Left intentionally blank | None | | | | | | | | |
| 54. Left intentionally blank | None | | | | | | | | |
| 55. Left intentionally blank | None | | | | | | | | |
| 56. Left intentionally blank | None | | | | | | | | |
| 57. Left intentionally blank | None | | | | | | | | |
| 58. Left intentionally blank | None | | | | | | | | |
| 59. Left intentionally blank | None | | | | | | | | |
| 60. Left intentionally blank | None | | | | | | | | |
| 61. Left intentionally blank | None | | | | | | | | |
| 62. Left intentionally blank | None | | | | | | | | |
| 63. Left intentionally blank | None | | | | | | | | |
| 64. Left intentionally blank | None | | | | | | | | |
| 65. Left intentionally blank | None | | | | | | | | |
| 66. Left intentionally blank | None | | | | | | | | |
| 67. Left intentionally blank | None | | | | | | | | |
| 68. Left intentionally blank | None | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Biosante Pharmaceutical - Janney | | None | | | Merged (with line 230) | 06/20/13 | J | | |
| 70. Left intentionally blank | | None | | | | | | | |
| 71. Left intentionally blank | | None | | | | | | | |
| 72. Left intentionally blank | | None | | | | | | | |
| 73. Left intentionally blank | | None | | | | | | | |
| 74. Left intentionally blank | | None | | | | | | | |
| 75. Left intentionally blank | | None | | | | | | | |
| 76. Left intentionally blank | | None | | | | | | | |
| 77. Left intentionally blank | | None | | | | | | | |
| 78. Left intentionally blank | | None | | | | | | | |
| 79. Left intentionally blank | | None | | | | | | | |
| 80. Left intentionally blank | | None | | | | | | | |
| 81. Left intentionally blank | | None | | | | | | | |
| 82. Left intentionally blank | | None | | | | | | | |
| 83. Left intentionally blank | | None | | | | | | | |
| 84. Left intentionally blank | | None | | | | | | | |
| 85. Left intentionally blank | | None | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Left intentionally blank | None | | | | | | | | |
| 87. Left intentionally blank | None | | | | | | | | |
| 88. Left intentionally blank | None | | | | | | | | |
| 89. Left intentionally blank | None | | | | | | | | |
| 90. Left intentionally blank | None | | | | | | | | |
| 91. Left intentionally blank | None | | | | | | | | |
| 92. Left intentionally blank | None | | | | | | | | |
| 93. Left intentionally blank | None | | | | | | | | |
| 94. Left intentionally blank | None | | | | | | | | |
| 95. Left intentionally blank | None | | | | | | | | |
| 96. Left intentionally blank | None | | | | | | | | |
| 97. Left intentionally blank | None | | | | | | | | |
| 98. Left intentionally blank | None | | | | | | | | |
| 99. Left intentionally blank | None | | | | | | | | |
| 100. Left intentionally blank | None | | | | | | | | |
| 101. Left intentionally blank | None | | | | | | | | |
| 102. Left intentionally blank | None | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Left intentionally blank | | None | | | | | | | |
| 104. Left intentionally blank | | None | | | | | | | |
| 105. Left intentionally blank | | None | | | | | | | |
| 106. Left intentionally blank | | None | | | | | | | |
| 107. Left intentionally blank | | None | | | | | | | |
| 108. Raymond James Bank Deposit Program-T | A | Int./Div. | J | T | | | | | |
| 109. Left intentionally blank | | None | | | | | | | |
| 110. Left intentionally blank | | None | | | | | | | |
| 111. Left intentionally blank | | None | | | | | | | |
| 112. Left intentionally blank | | None | | | | | | | |
| 113. Left intentionally blank | | None | | | | | | | |
| 114. Left intentionally blank | | None | | | | | | | |
| 115. Left intentionally blank | | None | | | | | | | |
| 116. Left intentionally blank | | None | | | | | | | |
| 117. Left intentionally blank | | None | | | | | | | |
| 118. Left intentionally blank | | None | | | | | | | |
| 119. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Left intentionally blank | | None | | | | | | | |
| 121.  Left intentionally blank | | None | | | | | | | |
| 122.  Left intentionally blank | | None | | | | | | | |
| 123.  Left intentionally blank | | None | | | | | | | |
| 124.  Left intentionally blank | | None | | | | | | | |
| 125.  Left intentionally blank | | None | | | | | | | |
| 126.  Left intentionally blank | | None | | | | | | | |
| 127.  Left intentionally blank | | None | | | | | | | |
| 128.  Left intentionally blank | | None | | | | | | | |
| 129.  Left intentionally blank | | None | | | | | | | |
| 130.  Left intentionally blank | | None | | | | | | | |
| 131.  Left intentionally blank | | None | | | | | | | |
| 132.  Left intentionally blank | | None | | | | | | | |
| 133.  Left intentionally blank | | None | | | | | | | |
| 134.  Left intentionally blank | | None | | | | | | | |
| 135.  Left intentionally blank | | None | | | | | | | |
| 136.  Left intentionally blank | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Left intentionally blank | | None | | | | | | | |
| 138. Left intentionally blank | | None | | | | | | | |
| 139. Scottrade Cash Acct. | A | Interest | K | T | | | | | |
| 140. Left intentionally blank | | None | | | | | | | |
| 141. Left intentionally blank | | None | | | | | | | |
| 142. Left intentionally blank | | None | | | | | | | |
| 143. Left intentionally blank | | None | | | | | | | |
| 144. Left intentionally blank | | None | | | | | | | |
| 145. Left intentionally blank | | None | | | | | | | |
| 146. Canadian Oil Sands- Scottrade | A | Dividend | J | T | | | | | |
| 147. Left intentionally blank | | None | | | | | | | |
| 148. Left intentionally blank | | None | | | | | | | |
| 149. Left intentionally blank | | None | | | | | | | |
| 150. Left intentionally blank | | None | | | | | | | |
| 151. Left intentionally blank | | None | | | | | | | |
| 152. Left intentionally blank | | None | | | | | | | |
| 153. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Left intentionally blank | | None | | | | | | | |
| 155. Left intentionally blank | | None | | | | | | | |
| 156. IRA #2 Encana | A | Dividend | J | T | | | | | |
| 157. IRA #2 National Fuel Gas | A | Dividend | J | T | | | | | |
| 158. Left intentionally blank | | None | | | | | | | |
| 159. Left intentionally blank | | None | | | | | | | |
| 160. Left intentionally blank | | None | | | | | | | |
| 161. Left intentionally blank | | None | | | | | | | |
| 162. Left intentionally blank | | None | | | | | | | |
| 163. IRA #2 Kinder Morgan Partners | A | Distribution | K | T | | | | | |
| 164. IRA #1 FHLMC CMO Series 3334 | A | Interest | | | Redeemed | 06/17/13 | J | A | |
| 165. Left intentionally blank | | None | | | | | | | |
| 166. Left intentionally blank | | None | | | | | | | |
| 167. Left intentionally blank | | None | | | | | | | |
| 168. GMX Resources- Janney | | None | | | Sold (part) | 01/07/13 | J | A | |
| 169. | | | | | Sold | 04/03/13 | J | A | |
| 170. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Biomass Resources- Janney | | None | | | Sold | 08/26/13 | J | A | |
| 172. Rental Property #2, [redacted] 1/1/09 $55,000 | A | Rent | L | R | | | | | |
| 173. Breitburn Energy Partner-Janney | A | Distribution | J | T | | | | | |
| 174. Left intentionally blank | | None | | | | | | | |
| 175. Left intentionally blank | | None | | | | | | | |
| 176. Left intentionally blank | | None | | | | | | | |
| 177. Cenovus Energy- Scottrade | A | Dividend | J | T | | | | | |
| 178. Left intentionally blank | | None | | | | | | | |
| 179. Gerou Corp- Scottrade | | None | J | T | | | | | |
| 180. GMX Res Inc- Scottrade | | None | | | Sold | 01/14/13 | J | A | |
| 181. Stec Inc- Scottrade | | None | | | Sold | 06/28/13 | J | A | |
| 182. Left intentionally blank | | None | | | | | | | |
| 183. Left intentionally blank | | None | | | | | | | |
| 184. Left intentionally blank | | None | | | | | | | |
| 185. Left intentionally blank | | None | | | | | | | |
| 186. Left intentionally blank | | None | | | | | | | |
| 187. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Left intentionally blank | | None | | | | | | | |
| 189. Left intentionally blank | | None | | | | | | | |
| 190. IRA #2 Denbury Resources Inc | | None | | | Sold | 09/19/13 | J | A | |
| 191. IRA #2 Dendreon Corp | | None | J | T | | | | | |
| 192. Left intentionally blank | | None | | | | | | | |
| 193. IRA #2 MolyCorp Inc | | None | J | T | | | | | |
| 194. IRA #2 Sharps Compliance Corp | | None | J | T | | | | | |
| 195. Left intentionally blank | | None | | | | | | | |
| 196. Left intentionally blank | | None | | | | | | | |
| 197. IRA #2- Genesis Energy LP | A | Distribution | K | T | Sold (part) | 08/15/13 | J | C | |
| 198. | | | | | Buy (add'l) | 08/22/13 | J | | |
| 199. Left intentionally blank | | None | | | | | | | |
| 200. Left intentionally blank | | None | | | | | | | |
| 201. IRA #1- GNMA Series 2009-87 | A | Interest | J | T | | | | | |
| 202. Left intentionally blank | | None | | | | | | | |
| 203. IRA #1 GNMA CMO Series 2010-94 | A | Interest | | | Redeemed | 09/20/13 | J | A | |
| 204. IRA #1 Canadian Oil Sands Trust | A | Dividend | | | Redeemed (part) | 11/27/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Redeemed | 11/29/13 | J | A | |
| 206. IRA #3 Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 207. JP Morgan -Cash Acct. | | None | J | T | | | | | |
| 208. Raymond James Bank Deposit Program-S | A | Interest | J | T | | | | | |
| 209. Left intentionally blank | | None | | | | | | | |
| 210. Left intentionally blank | | None | | | | | | | |
| 211. IRA #2-Cheniere Energy | | None | | | Sold | 06/28/13 | J | C | |
| 212. Left intentionally blank | | None | | | | | | | |
| 213. IRA #2-Evolution Petroleum | A | Dividend | J | T | Buy | 02/08/13 | J | | |
| 214. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 215. | | | | | Sold (part) | 08/20/13 | J | B | |
| 216. IRA #2- Green Dot Corp | | None | | | Sold | 10/24/13 | J | A | |
| 217. IRA #2-Interdigital Inc. | A | Dividend | J | T | | | | | |
| 218. Left intentionally blank | | None | | | | | | | |
| 219. IRA #2-Guggenheim Canadian | A | Dividend | J | T | | | | | |
| 220. IRA #2-Ishares Comex Gold | | None | J | T | | | | | |
| 221. IRA #3-GNMA Series 2010-89 | A | Interest | | | Redeemed | 09/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Apple Inc. - Janney | A | Dividend | J | T | | | | | |
| 223. Bed Bath & Beyond Inc. - Janney | | None | | | Sold | 05/24/13 | J | A | |
| 224. Linn Energy LLC - Janney | B | Distribution | K | T | | | | | |
| 225. ALJ Regional Holdings Inc. - Morgan Keegan | | None | | | Sold | 02/15/13 | J | B | |
| 226. Left intentionally blank | | None | | | | | | | |
| 227. Chemtrade Logis - Scottrade | A | Dividend | J | T | | | | | |
| 228. IRA #1-GNMA Series 2010-162 | A | Interest | J | T | | | | | |
| 229. Left intentionally blank | | None | | | | | | | |
| 230. Ani Pharmaceuticals Inc. - Janney | | None | J | T | Sold (part) | 07/19/13 | J | A | |
| 231. Access Midstream Partners LP - Janney | A | Distribution | J | T | Buy | 05/24/13 | J | | |
| 232. Raymond James S- Capital Southwest Corporation | A | Dividend | J | T | Buy | 09/27/13 | J | | |
| 233. IRA #2-Apple Incorporated | A | Dividend | K | T | Buy | 01/29/13 | K | | |
| 234. IRA #2-Chevron Corporation | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 235. IRA #2-Conocophillips | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 236. IRA #2-Proto Labs Incorporated | | None | J | T | Buy | 11/05/13 | J | | |
| 237. IRA #2-Regeneron Pharmaceuticals | | None | J | T | Buy | 11/05/13 | J | | |
| 238. IRA #2-3-D Systems Corporation | | None | J | T | Buy | 08/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. IRA #2-Virnetx Hldg Corp | | None | J | T | Buy | 01/08/13 | J | | |
| 240. | | | | | Buy (add'l) | 01/14/13 | J | | |
| 241. IRA #2-Stratasys Limited Shs | | None | J | T | Buy | 08/30/13 | J | | |
| 242. IRA #2-Cole Real Estate Invts | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 243. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 244. IRA #2-Cyrosone Incorporated | A | Dividend | J | T | Buy | 09/19/13 | J | | |
| 245. IRA #2-Energy Transfer Partners | A | Distribution | J | T | Buy | 01/08/13 | J | | |
| 246. | | | | | Sold | 08/01/13 | J | B | |
| 247. | | | | | Buy | 08/22/13 | J | | |
| 248. IRA #2-Martin Midstream Partners LP | B | Distribution | K | T | Buy | 01/08/13 | J | | |
| 249. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 250. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 251. IRA #2-W P Carey Inc. | B | Dividend | K | T | Buy | 01/29/13 | J | | |
| 252. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 253. IRA #2-World PT Terms LP | A | Distribution | J | T | Buy | 09/19/13 | J | | |
| 254. IRA #2-Villere Balanced Fund Investor Class | A | Dividend | J | T | Buy | 04/11/13 | J | | |
| 255. IRA #2-Hyster Yale Matls Handling Incorporated | | None | | | Buy | 06/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 08/01/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: Mortgage on Rental Property #1 in Ruston, LA, changed from Citimortgage to Midland Mortgage.

Part VII:
The investment company Morgan Keegan & Company, Inc. was purchased by Raymond James & Associates, Inc. Therefore, the account names have now been changed on this report to reflect the purchase. Investments did not change. Thus, our changes reflect name changes only.
Morgan Keegan - T changed to a Raymond James - T on February 19, 2013.
Morgan Keegan - S changed to a Raymond James - S on February 19, 2013.
IRA #1 changed from a Morgan Keegan account to a Raymond James account on February 19, 2013.
IRA #2 changed from a Morgan Keegan account to a Raymond James account on February 19, 2013.
IRA #3 changed from a Morgan Keegan account to a Raymond James account on February 19, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ S. Maurice Hicks, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544